

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00106-CV

**FASKEN OIL AND RANCH, LTD.**, Fasken Land and Minerals, LTD., and Fasken Management, LLC, as General Partner of Fasken Oil and Ranch, LTD., and Fasken Land and Minerals, LTD.,
Appellants

v.

Baldomero A. **PUIG**, III, Emily P. Kenna, James W. Puig, and Priscilla P. Oberton,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVK001106D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order granting appellees Baldomero A. Puig, III, Emily P. Kenna, James W. Puig, and Priscilla P. Oberton motion for partial summary judgment and denying appellants Fasken Oil and Ranch, LTD., Fasken Land and Minerals, LTD., and Fasken Management, LLC, as General Partner of Fasken Oil, and Ranch, LTD., and Fasken Land and Minerals, LTD. motion for partial summary judgment is AFFIRMED. Costs of appeal are assessed against the appellants.

SIGNED October 30, 2024.

_Irene Rios_
Irene Rios, Justice